# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA JURCICH, )  )  Plaintiff, )  ) vs. ) MATT SPAELLER, et al., )  ) Defendants. ) | CIVIL NO. 09-cv-508-DRH |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

      This matter is before the Court *sua sponte*. At the time he filed his pro se civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1) and his motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 2), Plaintiff was confined at the Lawrence Correctional Center. After filing the complaint and the instant motion to proceed *in forma pauperis*, Plaintiff was released from confinement. Because he was detained at the time he filed these pleadings, this Court held that that the prisoner provisions of 28 U.S.C. § 1915 still apply. *See Robbins v. Switzer*, 104 F.3d 895, 897-98 (7th Cir. 1997).

      Following the procedure detailed by the Seventh Circuit in *Robbins*, this Court calculated and assessed an initial partial filing fee of $12.07 based on Plaintiff's prisoner account information. *See* (Doc. 6). Plaintiff was ordered to pay the initial partial filing fee within 15 days. *Id*. Plaintiff was further ordered to pay the balance of the filing fee or to file a motion to proceed *in forma pauperis* with respect to it within 15 days. *Id*. Plaintiff was warned that the failure to comply with the Court's Order could result in the dismissal of his case. *Id*.

More than 15 days have passed and Plaintiff has not paid the initial partial filing fee. Furthermore, Plaintiff has neither paid the balance of the filing fee nor submitted a proper motion to proceed *in forma pauperis* with respect to that amount.  Plaintiff has not explained why he has failed to comply with this Court's prior order or sought additional time to comply with it.  Therefore, **IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice for failure to comply with an order of this Court.  FED.R.CIV.P. 41(b); *Robbins*, 104 F.3d at 899; *see also Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).  All pending motions are **DENIED** as moot.

    **IT IS SO ORDERED**.

    **DATED:**April 19, 2010.

    /s/    DavidRHerndon
    **DISTRICT JUDGE**