IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA JURCICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 3:09-cv-00508-DRH-DGW |
| | ) |
| MATT SPAELLER, et al. | ) |
| | ) |
| Defendants. | ) |

### ORDER

The Court has determined that appointment of counsel is warranted in this action.  Accordingly, after a random pick, attorney **Mark Nazarof** of the law firm Swanson, Martin & Bell, LLP, 330 North Wabash, Suite 3300, Chicago, IL 60611, is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR 83.1(i).[1]   Mr. Nazarof is **directed** to file his entry of appearance **on or before December 9, 2010**.  The Court informs **Mr. Nazarof** that Plaintiff is currently incarcerated by the Illinois Department of Corrections at the Vandalia Correctional Center.

The Court further notifies Mr. Nazarof that the Court is **DENYING WITHOUT PREJUDICE** the following motions filed by Plaintiff so that counsel can address the matters contained in these motions:  **Motion for Use of Library Services (Doc. 27), Motion for Preliminary Injunction (Doc. 38), Motion for Order (Doc. 41), Motion for Discovery (Doc. 42), Motion for Sanctions (Doc. 43), Motion to Produce (Doc. 44), Motion to Enter in Evidence (Doc. 45), Motion to Enter in Evidence (Doc. 46), and Motion for Order Compelling Discovery or Disclosure (Doc. 49).**

IT IS SO ORDERED.

DATED:  November 23, 2010

_Donald Wilkerson_
**DONALD G. WILKERSON**
**United States Magistrate Judge**

---

[1] Under SDIL-LR 83.1(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.