IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA JURCICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 09-cv-508-JPG-PMF |
| ) | |
| MATT SPAELLER, DETECTIVE ) | |
| KANTZLER and OFFICER PONCE, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED: March 24, 2011

NANCY ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk


APPROVED: _s/J. Phil Gilbert_
               J. PHIL GILBERT
               U. S. DISTRICT JUDGE